from: derrick jenkins
116 parkwood dr
royal palm beach fl 33411

to: steven larimore
united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401

Derrick Jenkins
1/30/2017
3:00 pm

FILED BY _____ D.C.

FEB 01 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB.

i require the use of this public venue as a court of record to seek a man in clothing in which i move my claim before the jenkins court @ united states district court, southern district of florida, 701 clematis st #453, west palm beach fl 33401, to carry out my wishes to collect money owed to me for time, energy, and resource(s) wasted, travel, and storage fees totaling 500 million dollars. ronald mitchell used emergency lights to stop my property on 12/4/2012, issued me a bill for $116.00. on 2/27/2013 at 15th judicial circuit, ronald mitchell did not appear to defend his complaint.

derrick jenkins was wronged.

- ronald mitchell is the wrongdoer. he was served by kear attorney service domenic v. mancuso cps #1687, 640 clematis street, unit 777, west palm beach fl 33402, on april 12, 2016

job serial number: KAP-2016000276

- ric bradshaw is being held equally liable for 500 million dollars. KAP-2016000273

wrongdoers location: 3228 gun club road, west palm beach, fl 33406

from: derrick jenkins
116 parkwood dr
royal palm beach fl 33411

Derrick Jenkins
1/30/2017
3:00pm

to: jenkins court @ united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401

who: ronald mitchell

what happened: ronald mitchell issued me a bill for 116.00

when did this happen: on tuesday 12/04/2012 at 2:09pm.

where did this happen: palm beach county---okeechobee bl eb at indian road according to ronald mitchell.

how did this happen: ronald mitchell used public vehicle from pbso to pull over both me and michael kenniston. we were both in the same vehicle when this happened.

why did this happen: seat belt violation.


------traveled to 15th judicial circuit to resolve issue------

who: derrick jenkins and michael kenniston

what happened: traveled to 15th judicial circuit and leonard singer dismissed bill due to ronald mitchell not being present.

when did this happen: 2/27/2013 8:44am

where did this happen: palm beach county

how did this happen: both me and michael kenniston entered court to resolve issue.

why did this happen: ronald mitchell issued me a bill which led to court date.


kear attorney service delivered notice on 4/12/2016 at 10:55am

job serial number KAP-2016000276


page 1 of 4

from: derrick jenkins
116 parkwood dr
royal palm beach fl 33411

to: jenkins court @ united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401

Derrick Jenk
1/30/2017
3:00pm

------lawsuit------

who: derrick jenkins acting as prosecutor and wronged.

what's happening: im suing ronald mitchell for wasting my time, energy, and resources plus mileage dating back to 12/4/2012 2:08pm explained in invoice with explanations delivered by kear attorney service.

when is this happening: communicating with jenkins court @ united states district court, southern district of florida, to set date.

where is this happening: within my jurisdiction at specified location by filing.

how is this happening: im prosecuting my lawsuit within my jurisdiction at specified location by filing my claim which is my property.

why is this happening: im suing ronald mitchell for $500,000,000(five-hundred million) dollars that's recognized by banks in all states and approved by me, for issuing me a bill and not present to defend his complaint against me.

page 2 of 4

from: derrick jenkins
116 parkwood dr
royal palm beach fl 33411

*Derrick Jenkins*
1/30/2017

to: jenkins court @ united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401

3:00 pm


------lawsuit------

who: derrick jenkins acting as prosecutor and wronged

what's happening: im suing ronald mitchell for wasting my time, energy, and resources plus mileage dating back to 12/4/2012 2:08pm explained in invoice with explanations delivered by kear attorney service.

when is this happening: communicating with jenkins court @ united states district court, southern district of florida, to set date.

where is this happening: within my jurisdiction at specified location by filing.

how is this happening: im prosecuting my lawsuit within my jurisdiction at specified location by filing my claim which is my property.

why is this happening: im suing ronald mitchell for $500,000,000(five-hundred million) dollars that's recognized by banks in all states and approved by me, for issuing me a bill and not present to defend his complaint against me.



im holding ric bradshaw equally liable.







page 3 of 4

from: derrick jenkins
116 parkwood dr
royal palm beach fl 33411

*Derrick Jenkins*
1/30/2017
3:00pm

to: jenkins court @ united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401

----------- jenkins court rules-----------

1. jenkins court is the property of derrick jenkins

2. derrick jenkins will prosecute lawsuit in jenkins court

3. ronald mitchell will show up to answer questions and resolve 500million dollar debt

4. ric bradshaw will show up to answer questions and resolve 500million dollar debt

5. every man in the jenkins court will not be authorized by derrick jenkins to use words of trickery to cause harm to another man.

6. opinions are not allowed in the jenkins court

7. only facts is accepted in the jenkins court.

8. ric bradshaw is not authorized to bring weapon(s) into the jenkins court

9. ronald mitchell is not authorized to bring weapon(s) into the jenkins court

10. ric bradshaw will bring corporate and/or private check book to the jenkins court and write an amount to derrick jenkins liking. unless resolved debt is paid in full ric bradshaw can deduct that from total amount which will be passed on to surety bond company.

11. ronald mitchell will bring corporate and/or private check book to the jenkins court and write an amount to derrick jenkins liking. unless resolved debt is paid in full ronald mitchell can deduct that from total amount which will be passed on to surety bond company.

12. i derrick jenkins authorize michael kenniston to attach his claim to mine because he is also a witness and was wronged.

13. all documents before, during , and after must be approved by derrick jenkins prosecuting lawsuit.

14. only man with first hand knowledge regarding lawsuit and approved by derrick jenkins is allowed in the jenkins court.

15. deputy, sheriff, county commissioner(s), lawyer(s), attorney(s), judge(s), jury, etc is not allowed into my court without approval.

from: michael kenniston
3730 max pl apt 103
boynton beach fl 33436

*Michael Kenniston*
1/30/2017
3:00 PM

to: steven larimore
united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401


i require the use of this public venue as a court of record to seek a man in clothing in which i move my claim before the jenkins court @ united states district court, southern district of florida, 701 clematis st #453, west palm beach fl 33401, to carry out my wishes to collect money owed to me for time, energy, and resource(s) wasted, travel, and storage fees totaling 500 million dollars. ronald mitchell used emergency lights to stop my property on 12/4/2012, issued me a bill for $116.00. on 2/27/2013 at 15th judicial circuit, ronald mitchell did not appear to defend his complaint.

michael kenniston was wronged.

ronald mitchell is the wrongdoer. he was served by kear attorney service domenic v. mancuso cps #1687, 640 clematis street, unit 777, west palm beach fl 33402, on april 12, 2016

job serial number: KAP-2016000275

ric bradshaw is being held equally liable for 500 million dollars. KAP-2016000274

wrongdoers location: 3228 gun club road, west palm beach, fl 33406

1/30/2017
3:00 PM

from: michael kenniston
3730 max pl apt 103
boynton beach fl 33436

to: jenkins court @ united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401


who: ronald mitchell

what happened: ronald mitchell issued me a bill for 116.00

when did this happen: on tuesday 12/04/2012 at 2:09pm.

where did this happen: palm beach county---okeechobee bl eb at indian road according to ronald mitchell.

how did this happen: ronald mitchell used public vehicle from pbso to pull over both me and derrick jenkins. we were both in the same vehicle when this happened.

why did this happen: seat belt violation.


------traveled to 15th judicial circuit to resolve issue------

who: michael kenniston and derrick jenkins

what happened: traveled to 15th judicial circuit and leonard singer dismissed bill due to ronald mitchell not being present.

when did this happen: 2/27/2013 8:44am

where did this happen: palm beach county

how did this happen: both me and derrick jenkins entered court to resolve issue.

why did this happen: ronald mitchell issued me a bill which led to court date.


kear attorney service delivered notice on 4/12/2016 at 10:55am

job serial number KAP-2016000275


page 1 of 4

from: michael kenniston
3730 max pl apt 103
boynton beach fl 33436

1/30/2017
3:00 PM

to: jenkins court @ 19th judicial circuit court
218 s. second st.
fort pierce fl 34950

------lawsuit------

who: michael kenniston wronged

what's happening: im suing ronald mitchell for wasting my time, energy, and resources plus mileage dating back to 12/4/2012 2:08pm explained in invoice with explanations delivered by kear attorney service.

when is this happening: communicating with jenkins court @ united states district court, southern district of florida, to set date.

where is this happening: with in my jurisdiction at specified location by filing.

how is this happening: im filing my lawsuit within my jurisdiction at specified location by filing my claim which is my property.

why is this happening: im suing ronald mitchell for $500,000,000(five-hundred million) dollars that's recognized by banks in all states and approved by me, for issuing me a bill and not present to defend his complaint against me.

page 2 of 4

1/30/2017
3:00 pm

from: michael kenniston
3730 max pl apt 103
boynton beach fl 33436

to: jenkins court @ united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401


------lawsuit------

who: michael kenniston wronged

what's happening: im suing ronald mitchell for wasting my time, energy, and resources plus mileage dating back to 12/4/2012 2:08pm explained in invoice with explanations delivered by kear attorney service.

when is this happening: communicating with jenkins court @ united states district court, southern district of florida, to set date.

where is this happening: within my jurisdiction at specified location by filing.

how is this happening: im filing my lawsuit within my jurisdiction at specified location by filing my claim which is my property.

why is this happening: im suing ronald mitchell for $500,000,000(five-hundred million) dollars that's recognized by banks in all states and approved by me, for issuing me a bill and not present to defend his complaint against me.



im holding ric bradshaw equally liable.




page 3 of 4



1/30/2017
3:00 PM

from: michael kenniston
3730 max pl apt 103
boynton beach fl 33436

to: jenkins court @ united states district court, southern district of florida
701 clematis st #453
west palm beach fl 33401

----------- jenkins court rules-----------

1. jenkins court is the property of derrick jenkins

2. derrick jenkins will prosecute lawsuit in jenkins court

3. ronald mitchell will show up to answer questions and resolve 500million dollar debt

4. ric bradshaw will show up to answer questions and resolve 500million dollar debt

5. every man in the jenkins court will not be authorized by derrick jenkins to use words of trickery to cause harm to another man.

6. opinions are not allowed in the jenkins court

7. only facts is accepted in the jenkins court.

8. ric bradshaw is not authorized to bring weapon(s) into the jenkins court

9. ronald mitchell is not authorized to bring weapon(s) into the jenkins court

10. ric bradshaw will bring corporate and/or private check book to the jenkins court and write an amount to derrick jenkins liking. unless resolved debt is paid in full ric bradshaw can deduct that from resolved amount.

11. ronald mitchell will bring corporate and/or private check book to the jenkins court and write an amount to derrick jenkins liking. unless resolved debt is paid in full ronald mitchell can deduct that from resolved amount.

12. i derrick jenkins authorize michael kenniston to attach his claim to mine because he is also a witness and was wronged.

13. all documents before, during, and after must be approved by derrick jenkins prosecuting lawsuit.

14. only man with first hand knowledge regarding lawsuit and approved by derrick jenkins is allowed in the jenkins court.

15. deputy, sheriff, county commissioner(s), lawyer(s), attorney(s), judge(s), jury, etc is not allowed into my court without approval.