# RETURN OF SERVICE

## 21 DAY SUMMONS FROM DERRICK JENKINS, NOTICE OF INVOICE, ATTACHMENTS

Case Number: *

Plaintiff:
**IN RE: Derrick Jenkins and Michael Kenniston**

vs.

Defendant:

For:
Derrick Jenkins
116 Parkwood Dr.
Royal Palm Beach, FL 33411

FILED BY _____ D.C.
FEB 27 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

Received by SIGNED, SEALED & DELIVERED INC. on the 22nd day of February, 2017 at 10:08 am to be served on **RONALD MITCHELL, 3228 GUN CLUB ROAD, WEST PALM BEACH, FL 33406**.

I, Adrian Becerra, do hereby affirm that on the **23rd day of February, 2017** at **1:45 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **21 DAY SUMMONS FROM DERRICK JENKINS, NOTICE OF INVOICE, ATTACHMENTS** with the date and hour of service endorsed thereon by me, to: **TANISE RICHARDS** as **LEGAL DEPT.** at the address of: **3228 GUN CLUB ROAD, WEST PALM BEACH, FL 33406**, who stated they are authorized to accept service for **RONALD MITCHELL**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 26, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 140, Hair: Black, Glasses: N

**Adrian Becerra**
CPS #1056

**SIGNED, SEALED & DELIVERED INC.**
**P.O. Box 15255**
**West Palm Beach, FL 33416**
**(561) 712-1722**

Our Job Serial Number: SSD-2017000300

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1h

